IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01970-MSK-BNB

MOUNTAIN STATES SHEET METAL COMPANY,

      Plaintiff,

v.

SHEET METAL WORKERS, LOCAL NO. 9

      Defendants.

---

**ORDER**

---

UPON CONSIDERATION of the Amended Motion to Withdraw **(#146)** of Walter C. Brauer

III, Attorney for the defendants, filed on February 13, 2006; it is hereby

ORDERED that the Amended Motion is **DENIED** as moot, as the case is closed.

DATED this 15th day of February 2006.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge