IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01970-MSK-BNB

MOUNTAIN STATES SHEET METAL COMPANY,

    Plaintiff,

v.

SHEET METAL WORKERS, LOCAL NO. 9

    Defendants.
_____

## ORDER CLOSING CASE
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    The Court has discovered that this case remains pending for administrative and statistical purposes. On March 17, 2006 **(# 148)**, the 10th Circuit vacated the judgment in this case and remanded the action for further proceedings as appropriate. Based on a review of the pleadings and proceedings, it appears that any dispute that was once pending between the parties is now moot. The lack of activity in this case since 2006 confirms that conclusion. Accordingly, it appearing that there are no further issues in this case requiring judicial consideration, the Clerk of the Court is directed to close this case.

    Dated this 27th day of January, 2009

                                                    **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge